UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH KRAMER, an individual

       Plaintiff,

v.                                      Case No:   2:16-cv-464-FtM-38MRM

BRIDGESTONE RETAIL
OPERATIONS, LLC,

       Defendant.
_____/

## **ORDER**[1]

This matter comes before the Court on Defendant Bridgestone Retail Operations, LLC's Unopposed Motion to Dismiss and Compel Arbitration (Doc. #8) filed on September 1, 2016. Defendant moves to compel arbitration and dismiss this case pending arbitration as the employment agreement between parties contains an arbitration provision that covers the scope of this dispute. As a result, the Court grants Defendant's unopposed request to arbitrate and will stay the case pending completion of arbitration.

Accordingly, it is now

**ORDERED:**

(1) Defendant Bridgestone Retail Operations, LLC's Unopposed Motion to Dismiss and Compel Arbitration (Doc. #8) is **GRANTED**.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(2) All proceedings in this action are **STAYED** until notification by the parties that arbitration has been completed and that the stay is due to be lifted, or the case is due to be dismissed. The parties shall notify the Court of such matters within **seven (7) days** of the conclusion of the arbitration proceedings.

(3) The parties are **DIRECTED** to file a joint written status report regarding the status of arbitration on or before **December 20, 2016**, and every ninety (90) days until the conclusion of the arbitration proceedings.

(4) The Clerk is **DIRECTED** to add a stay flag.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of September, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record